KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

DANA A. BARBATA HI#9112
SYDNEY SPECTOR HI#11232
TRACY WEINSTEIN NY#5300579
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Dana.Barbata@usdoj.gov
Sydney.Spector@usdoj.gov
Tracy.Weinstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KAILUA VILLAGE CONDOMINIUM ASSOCIATION; RON ZENTNER; CERTIFIED MANAGEMENT, INC., DBA ASSOCIA HAWAII; BENJAMIN WILLOUGHBY; BRUCE STERN; DEBORAH STERN; JACQUELINE J. FRAME; AND KONA NOW LLC, DBA KONA NOW REALTY AND KONA NOW HAWAII ISLAND RENTALS, | Civil No. 24-cv-00353 MWJS-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CLAIMS AGAINST JACQUELINE J. FRAME AND KONA NOW LLC, DBA KONA NOW HAWAII REALTY AND KONA NOW HAWAII ISLAND RENTALS |

Defendants.

IT IS HEREBY STIPULATED, by and between Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Defendants JACQUELINE J. FRAME and KONA NOW LLC, DBA KONA NOW HAWAII REALTY AND KONA NOW HAWAII ISLAND RENTALS ("Realtor Defendants"), through their respective counsel, that all claims by Plaintiff against the Realtor Defendants will be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules.

The parties are to bear their own attorney's fees and costs. As set forth in the Consent Decree entered on October 11, 2024 (ECF No. 15 at ¶ 30), the United

//

//

//

//

//

//

//

//

//

States' claims against all the other defendants have already been dismissed without prejudice.

DATED: February 19, 2025 at Honolulu, Hawai'i.

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

/s/ Sydney Spector
BY: ______________________
DANA BARBATA
SYDNEY SPECTOR
TRACY WEINSTEIN
Assistant United States Attorneys
Attorneys for Plaintiff UNITED STATES OF AMERICA

/s/ Shannon Wack
__________________________
SHANNON WACK, Esq.
Roeca Luria Shin LLP

Attorney for Defendants KONA NOW LLC dba KONA NOW HAWAII REALTY & KONA NOW HAWAII ISLAND RENTALS and JACQUELINE J. FRAME

APPROVED AS TO FORM:

/s/ Micah W.J. Smith
______________________
Micah W.J. Smith
United States District Judge